# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CRIMINAL CASE NO. 2:14-cr-00014-MR-DLH

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **SAMUEL GERARD BALL, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court upon the Defendant's letter [Doc. 32], which the Court construes as a motion for early termination of probation. Both the Defendant's supervising probation officer and counsel for the Government consent to the Defendant's motion.

In order to terminate a defendant's term of probation, the Court must be "satisfied that such action is warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c). Upon review of the Defendant's motion, the Court is satisfied that the early termination of the Defendant's probation is warranted. The Defendant has completed more than two years of his three-year probationary term and has complied fully with all aspects and conditions of his supervision. He has maintained a

stable residence and employment. Further, he has fully paid all of his financial obligations. For these reasons, the Defendant's motion is granted.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's letter [Doc. 32], which the Court construes as a motion for early termination of probation, is **GRANTED**, and the Defendant's term of probation in the above-referenced action is hereby terminated.

**IT IS SO ORDERED.**

Signed: January 30, 2018

Martin Reidinger
United States District Judge